# CERTIFICATION OF NAMED PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Gary Zagami, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the complaint and authorized its filing.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Wolfspeed, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this:

11/14/24
Date

Gary Zagami
Name



Signature

| Case Name | Wolfspeed, Inc. |
| Ticker | WOLF |
| Class Period | 08-16-2023 to 11-06-2024 |

**Account 1**

**Client Name**

Gary Zagami

| Date of Transaction | Transaction Type | Quantity | Price per Share | Comments |
|---|---|---|---|---|
| 8/22/2023 | P | 50 | $ 45.9000 | |
| 10/20/2023 | P | 200 | $ 35.0000 | |
| 3/15/2024 | P | 500 | $ 30.0000 | |
| 8/22/2024 | P | 500 | $ 18.0000 | |
| 8/23/2024 | S | -300 | $ 12.9700 | |
| 8/23/2024 | S | -200 | $ 14.0500 | |
| 9/12/2024 | P | 100 | $ 08.0400 | |
| 9/27/2024 | P | 100 | $ 09.5500 | |
| 10/11/2024 | P | 100 | $ 11.5000 | |

**Options**

| Date of Transaction | Transaction Type | Quantity | Security ID | Price per Contract |
|---|---|---|---|---|
| 10/27/2023 | Sell to Open | -5 | WOLF 12/15/2023 20.00 P | $0.65 |
| 12/15/2023 | Expired | 5 | WOLF 12/15/2023 20.00 P | |
| 1/2/2024 | Sell to Open | -10 | WOLF 03/15/2024 30.00 P | $1.10 |
| 3/15/2024 | Buy to Close | 5 | WOLF 03/15/2024 30.00 P | $3.70 |
| 3/15/2024 | Assigned | 5 | WOLF 03/15/2024 30.00 P | |
| 2/20/2024 | Sell to Open | -5 | WOLF 03/28/2024 23.00 P | $1.10 |
| 3/28/2024 | Expired | 5 | WOLF 03/28/2024 23.00 P | |
| 4/24/2024 | Sell to Open | -5 | WOLF 06/21/2024 17.50 P | $0.80 |
| 6/21/2024 | Expired | 5 | WOLF 06/21/2024 17.50 P | |
| 8/2/2024 | Sell to Open | -5 | WOLF 08/23/2024 12.00 P | $0.60 |
| 8/23/2024 | Expired | 5 | WOLF 08/23/2024 12.00 P | |
| 7/17/2024 | Sell to Open | -5 | WOLF 08/23/2024 18.00 P | $0.58 |
| 8/22/2024 | Assigned | 5 | WOLF 08/23/2024 18.00 P | |
| 8/28/2024 | Sell to Open | -5 | WOLF 09/20/2024 10.50 P | $0.65 |
| 9/19/2024 | Buy to Close | 5 | WOLF 09/20/2024 10.50 P | $1.60 |
| 8/28/2024 | Sell to Open | -5 | WOLF 10/04/2024 8.00 P | $0.50 |
| 10/4/2024 | Expired | 5 | WOLF 10/04/2024 8.00 P | |
| 9/11/2024 | Sell to Open | -10 | WOLF 10/11/2024 6.00 P | $0.40 |
| 10/11/2024 | Expired | 10 | WOLF 10/11/2024 6.00 P | |
| 8/28/2024 | Sell to Open | -5 | WOLF 10/18/2024 7.00 P | $0.40 |
| 10/18/2024 | Expired | 5 | WOLF 10/18/2024 7.00 P | |
| 8/28/2023 | Sell to Open | -5 | WOLF 10/20/2023 35.00 P | $0.45 |
| 10/20/2023 | Buy to Close | 3 | WOLF 10/20/2023 35.00 P | $2.10 |
| 10/20/2023 | Assigned | 2 | WOLF 10/20/2023 35.00 P | |
| 9/23/2024 | Sell to Open | -5 | WOLF 11/15/2024 5.00 P | $0.40 |