UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------x
GARY ZAGAMI, Individually and on Behalf : Civil Action No. 6:24-cv-01395-ECC-MJK
of All Others Similarly Situated,       :
                                        : CLASS ACTION
                    Plaintiff,          :
                                        :
        vs.                             :
                                        :
WOLFSPEED, INC., GREGG A. LOWE, and    :
NEILL P. REYNOLDS,                     :
                                        :
                    Defendants.         :
---------------------------------------x

**DECLARATION OF ALAN I. ELLMAN IN OPPOSITION TO
DEFENDANTS' MOTION TO TRANSFER VENUE**

Alan I. Ellman, pursuant to 28 U.S.C. §1746, declares as follows under penalty of perjury:

1. I am a partner of the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiffs Qiu Shaomei, He Jie, Cai Guangjian, and Dr. Syed M. Alam, and plaintiff William Maizner (collectively, "Plaintiffs"), and am admitted *pro hac vice* to appear before this Court. I am responsible for handling aspects of this litigation and have personal knowledge of the matters addressed herein. I respectfully submit this Declaration in opposition to Defendants' motion to transfer venue.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the LinkedIn profile of Michael Welch, CPA.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the LinkedIn profile of Neil Reitmeyer.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the LinkedIn profile of Doug Collignon.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the LinkedIn profile of Nick O'Donnell.

6. The following securities research firms employed securities analysts who followed Wolfspeed, Inc. ("Wolfspeed") and were located in New York City, based on a review of the analyst reports they issued during the Class Period: Morgan Stanley & Co. LLC; Oppenheimer & Co. Inc.; JP Morgan Chase & Co.; Susquehanna Financial Group, LLLP; Piper Sandler & Co.; Wells Fargo Securities, LLC; and TD Cowen.

7. The distance by air between Wolfspeed's corporate headquarters in Durham, North Carolina and the federal bankruptcy courthouse in the Southern District of Texas, Houston Division, is 1,048 miles. *See* https://www.travelmath.com/distance/from/Durham,+NC/to/Houston,+TX. The

distance by air between Wolfspeed's corporate headquarters and this Court is 528 miles.  *See* https://www.travelmath.com/distance/from/Durham,+NC/to/Utica,+NY.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on July 7, 2025, at Melville, New York.

>  */s/ Alan I. Ellman*
>  ALAN I. ELLMAN