UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK

## NOTICE OF RELATED CASES

**Related cases defined** - A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning the cases to the same judge and magistrate judge.

Application is made to the District Court requesting that the case of :

Korr Value, LP v. Lowe et al., Case No. 6:25-cv-01448-AJB-TWD

which was randomly assigned to the Honorable Anthony J. Brindisi, be reassigned

to the Honorable Elizabeth C. Coombe based on the following reasons. Please

note that General Order 12, Section G(5) discusses related cases and should be referenced prior

to filing this notice.

The above-referenced action is related to Zagami v. Wolfspeed, Inc. et al., Case No. 6:24-cv-01395-ECC-MJK, which is before the Honorable Judge Elizabeth C. Coombe and Magistrate Judge Mitchell J. Katz in this District. The cases share a similarity of facts and legal issues such that designating the cases as related and assigning them to Judge Elizabeth Coombe and Magistrate Judge Katz will promote judicial efficiency and a substantial saving of judicial resources.

For example, both cases generally challenge public statements issued by Wolfspeed, Inc. regarding the operational status and financial projections related to Wolfspeed, Inc's Mohawk Valley Fabrication facility, allege violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, and name Gregg A. Lowe and Neill P. Reynolds as defendants. The Zagami action was filed on November 15, 2024, and the Honorable Judge Coombe and Magistrate Judge Katz have already considered motions, including regarding consolidation and transfer.

Pursuant to Section G(5) of General Order 12, I have conferred in good faith with all other parties in an effort to reach an agreement on whether or not the case is related.

☑ All parties are in agreement

☐ Parties do not agree and opposition will be filed. After such application is made, any other party may serve and file within seven (7) calendar days a letter of no more than two pages supporting or opposing the application.

Submitted by:   Michael G. Bongiorno

Attorney for:   Gregg A. Lowe, Neill P. Reynolds          Date:   November 11, 2025